# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, also known as Nerrah Brown,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. JOKSCH, et al.,<br><br>　　　　Defendants. | No. 2:18-CV-2518-MCE-DMC-P<br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 33, for "reconsideration" of the Court's June 18, 2019, findings and recommendations.  A review of the docket reflects that the District Judge's order adopting the June 18, 2019, findings and recommendations has been vacated by the Ninth Circuit Court of Appeals.  See ECF No. 45.  Plaintiff's motion is, therefore, denied as moot.

　　　　IT IS SO ORDERED.

Dated:  September 28, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE