**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEENAN WILKINS, also known as Nerrah Brown,<br><br>        Plaintiff,<br><br>   v.<br><br>C. JOKSCH, et al.,<br><br>        Defendants. | No.  2:18-CV-2518-MCE-DMC-P<br><br><u>ORDER</u> |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The Court has determined this case is appropriate for service on Defendants Joksch and Foulk.  <u>See</u> ECF No. 10.  Waivers of service have been returned executed for both defendants.  <u>See</u> ECF Nos. 16 and 22.  Defendants shall file a response to Plaintiff's complaint within 30 days of the date of this order.  Also, within 30 days of the date of this order, Defendants shall file a response to Plaintiff's motion for injunctive relief, ECF No. 32.

       IT IS SO ORDERED.

Dated:  September 28, 2021

                                        DENNIS M. COTA<br>                                        UNITED STATES MAGISTRATE JUDGE