IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, also known as Nerrah Brown,<br><br>        Plaintiff,<br><br>   v.<br><br>C. JOKSCH, et al.,<br><br>        Defendants. | No. 2:18-CV-2518-MCE-DMC-P<br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's unopposed motion, ECF No. 61, to file a sur-reply in response to Defendant Foulk's reply in support of his motion to dismiss. Good cause appearing therefor based on Plaintiff's declaration indicating the desire to respond to an argument he contends was raised for the first time in Defendant Foulk's reply brief, and because the motion is unopposed, Plaintiff's motion is granted. The Court will consider Plaintiff's sur-reply at ECF No. 62 in addressing Defendant Foulk's motion to dismiss in separate findings and

/ / /

/ / /

/ / /

/ / /

1

recommendations issued herewith.

                IT IS SO ORDERED.

Dated: July 7, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE