IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, also known as Nerrah Brown,<br><br>Plaintiff,<br><br>v.<br><br>C. JOKSCH, et al.,<br><br>Defendants. | No. 2:18-CV-2518-MCE-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 7, 2022, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 7, 2022, are ADOPTED in full;

2. Defendant Foulk's motion to dismiss, ECF No. 53, is GRANTED;

3. Plaintiff <u>may</u> file a first amended complaint within 30 days of the date of this order is electronically filed to cure defects in his original complaint as to Defendant Foulk;

4. Plaintiff is cautioned that, if no first amended complaint is filed within the time permitted therefor, the action will proceed on the original complaint as against Defendant Joksch only and Defendant Foulk will be dismissed with prejudice.

IT IS SO ORDERED.

DATED: October 11, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE