1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    KEENAN WILKINS, also known as              No.  2:18-CV-2518-MCE-DMC-P
      Nerrah Brown,
12
                        Plaintiff,
13                                               ORDER
              v.
14
      C. JOKSCH, et al.,
15
                        Defendants.
16

17    _____

18          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to   42

19    U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern

20    District of California local rules.

21          On April 17, 2023, the Magistrate Judge filed findings and recommendations herein which

22    were served on the parties and which contained notice that the parties may file objections within

23    the time specified therein.  Timely objections to the findings and recommendations have been

24    filed.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this

26    Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

27    Court finds the findings and recommendations to be supported by the record and by proper

28    analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed April 17, 2023, are ADOPTED in full.

2.      Defendant Foulk's motion to dismiss, ECF No. 73, is GRANTED.

3.      Not later than thirty (30) days following the date this Order is electronically filed, Plaintiff shall either (a) file a second amended complaint; or (b) file a notice of his election to proceed on the first amended complaint as against Defendant Joksch.

4.      This matter is referred back to the assigned Magistrate Judge for further pre-trial proceedings including proceedings related to the pending motion for substitution upon the notice of death of Defendant Joksch.

IT IS SO ORDERED.

Dated:  August 29, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE