IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, also known as Nerrah Brown,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. JOKSCH, et al.,<br><br>　　　　Defendants. | No.  2:18-CV-2518-MCE-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are: (1) the notice of suggestion of death of Defendant Joksch, ECF No. 80; and (2) Plaintiff's motion for reconsideration of the Court's order denying the appointment of counsel, ECF No. 90.

　　　　Defense counsel has filed a notice of suggestion of death of Defendant Joksch. See ECF No. 80.  Under Federal Rule of Civil Procedure 25, the notice of suggestion of death must be served on non-parties in compliance with Federal Rule of Civil Procedure 4.  See Fed. R. Civ. P. 25(a)(3).  The notice filed in this case indicates that Julie Banowetz is decedent's next of kin.  See ECF No. 80, pg. 1.  The notice also indicates that "Defense counsel is in the process of serving this Notice on Julie Banowetz." Id.  The notice, however, is not accompanied by proof of service on Ms. Banowetz pursuant to Rule 4, and the docket does not reflect any such proof of

service having been filed after the notice was filed.  The notice will be stricken without prejudice to re-filing accompanied by proof of proper service on Ms. Banowetz.

In Plaintiff's pending motion, Plaintiff seeks reconsideration of the Court's prior order denying Plaintiff's motion for the appointment of limited purpose counsel to assist with filing a motion to substitute pursuant to Federal Rule of Civil Procedure 25.  See ECF No. 90. Given that the Court is striking the notice of suggestion of death, the time period within which to file a motion to substitute under Rule 25 has not yet started and will not start until a renewed suggestion of death is filed accompanied by a proof of proper service on Ms. Banowetz.  Upon the filing of a renewed suggestion of death accompanied by a proof of proper service, the Court will sua sponte reconsider the appointment of limited purpose counsel.  In the meantime, Plaintiff's motion for reconsideration will be denied and the Court will extend the time to file an opposition to the motion to dismiss filed by Defendant Foulk.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The suggestion of death, ECF No. 80, is stricken for lack of evidence of service on non-party Ms. Banowetz pursuant to Federal Rule of Civil Procedure 4.

2. The Attorney General Office is directed to re-serve the notice of suggestion of death on Ms. Banowetz consistent with the requirements of Federal Rule of Civil Procedure 25(a)(3) and Federal Rule of Civil Procedure 4 within 14 days of the date of this order.

3. Plaintiff's motion for reconsideration, ECF No. 90, is denied.

4. Plaintiff's opposition to Defendant Foulk's motion to dismiss is due within 30 days of the date of this order.

Dated:  September 27, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE