UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS (AKA NERRAH BROWN), | ) Case No. 2:18-CV-02518-DC-DMC ) ) ORDER |
| Plaintiff, | ) ) |
| v. | ) ) |
| C. JOKSCH, et al., | ) ) |
| Defendants. | ) ) ) |

The Court has reviewed Defendant's Request to Seal the Proof of Service for the Renewed Notice of Suggestion of Death and the proof of service on Ms. Banowetz, ECF No. 94.  Plaintiff is without formal legal counsel having filed *in pro per*.  Good cause appearing, the request is granted, and the proof of service is ordered filed under seal.

IT IS SO ORDERED.

Dated:  October 17, 2024



_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1