IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, also known as Nerrah Brown, | No.  2:18-CV-2518-DC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| C. JOKSCH, et al., | |
| Defendants. | |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for appointment of counsel and an extension of time to file a motion to substitute following the notice of suggestion of death of Defendant Joksch.  See ECF No. 98.  Good cause appearing therefor, the Court will grant Plaintiff's request for an extension of time.  The Court will set a due date for Plaintiff's motion to substitute after the Court issues a final ruling on Defendant Foulk's motion to dismiss, which is fully briefed.  Defendant Foulk's motion to dismiss will be addressed by separate findings and recommendations.  Plaintiff's request for the appointment of counsel to assist with the filing of a motion to substitute will be denied without prejudice to re-filing after the Court issues a final ruling on Defendant Foulk's motion to dismiss.

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 98, is granted.

2. Plaintiff's motion for the appointment of counsel, ECF No. 98, is denied without prejudice to re-filing after the Court issues a final ruling on Defendant Foulk's motion to dismiss, which will be addressed by separate findings and recommendations.

3. The Court will set a due date for Plaintiff's motion to substitute following the Court's final ruling on Defendant Foulk's motion to dismiss.

4. The Clerk of the Court is directed to terminate ECF No. 98 as a pending motion.

Dated: January 21, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE