UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS,<br><br>Plaintiff,<br><br>v.<br><br>C. JOKSCH, et al.,<br><br>Defendants. | No. 2:18-cv-02518-DC-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT F. FOULK'S MOTION TO DISMISS<br><br>(Doc. Nos. 87, 102) |

Plaintiff Keenan Wilkins is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 3, 2025, the assigned magistrate judge issued findings and recommendations recommending that Defendant F. Foulk's motion to dismiss (Doc. No. 87) be granted because Plaintiff's operative second amended complaint fails to state a cognizable claim against Defendant Foulk.[1] (Doc. No. 102.) Further, the magistrate judge recommends that Defendant Foulk's motion be granted without leave to amend and that he be dismissed from this action "[b]ecause Plaintiff has not cured the defects as to Defendant Foulk identified in the Court's prior orders," so "further leave to amend would be futile." (*Id.* at 8.) The findings and

---

[1] The docket lists the Defendant Foulk twice, under slightly different names: Freddie Folk and F. Foulk. "Freddie Folk" is not a separate defendant.

1 recommendations were served on the parties and contained notice that any objections thereto
2 were to be filed within fourteen (14) days after service. (*Id.* at 8.) To date, no objections to the
3 findings and recommendations have been filed, and the time in which to do so has passed.
4     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
5 *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
6 findings and recommendations are supported by the record and proper analysis.
7     Accordingly,
8     1. The findings and recommendations issued on March 3, 2025 (Doc. No. 102) are
9        ADOPTED in full;
10     2. Defendant F. Foulk's motion to dismiss (Doc. No. 87) is GRANTED;
11     3. Plaintiff's claims brought against Defendant F. Foulk are dismissed, without leave
12        to amend;
13     4. Defendant F. Foulk is dismissed from this action;
14     5. The Clerk of the Court is directed to update the docket to reflect that Defendant F.
15        Foulk, and the duplicative listing of that same defendant under the name
16        Defendant Freddie Folk, have been terminated from this action; and
17     6. This action is referred back to the assigned magistrate judge for further
18        proceedings.

20     IT IS SO ORDERED.
21 Dated:   **April 20, 2025**

                                      Dena Coggins
                                      United States District Judge

2